UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY KENNETH WARNER,

        Plaintiff,

v.                                          Case No. 04-74622
                                              Honorable Victoria A. Roberts

MICHAEL ZAWOJSKY,

        Defendant.

_____

**ORDER OF DISMISSAL**

_____

        Upon reading and filing the Stipulation of the parties and the Court being fully apprised in the premises;

        IT IS ORDERED that this matter be dismissed, with prejudice and without costs or attorney fees to any party.  This dismissal disposes of the last pending claims and closes the case.

                                                               S/Victoria A. Roberts
                                                               Victoria A. Roberts
                                                               United States District Judge

        Dated:  October 25, 2005

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on October 25, 2005.

        s/Carol A. Pinegar
        Deputy Clerk